# Exhibit 2

| U.S. Patent No. 10,534,820 B2 [Claim] | Udemy Inc. [Relevant Text / Images] |
|---|---|
| Claim 1.1 A method for facilitating business-to-business personal connections by enhancing Internet search engine results, the method comprising the following machine-implemented steps of: | As described below, Udemy platform operates as an online skill learning platform that facilitating B2B or individual, and allows users to search for online courses in various category. The website or mobile application includes a search functionality (this feature querying Udemy inventory database), and display a list of results corresponding to the search query that dynamically generated search results showing courses from multiple suppliers or business.<br><br>Further, the Udemy platform is accessible through a website & a mobile application.<br><br>**Product Related Information Below:**<br><br><br><br>https://www.udemy.com/ |

1

| U.S. Patent No. 10,534,820 B2 [Claim] | Udemy Inc. [Relevant Text / Images] |
|---|---|
| | We help organizations of all types and sizes prepare for the path ahead — wherever it leads. Our curated collection of business and technical courses help companies, governments, and nonprofits go further by placing learning at the center of their strategies.<br><br>**Learn more**<br><br>https://about.udemy.com/?locale=en-us<br><br>**Udemy Accessibility Statement**<br><br>**Accessibility Commitment**<br><br>Our goal is to provide flexible and effective learning and skill development to empower organizations and individuals. We believe that high-quality educational content should be available to everyone, which is why accessibility is a key area of focus for us.<br><br>Our teams are constantly working to improve the accessibility of our services. Here are a few examples of how we are building a more accessible Udemy platform:<br><br>• **Accessibility guidelines.** We strive to follow the Web Content Accessibility Guidelines (WCAG) 2.1 standard issued by the World Wide Web Consortium (W3C) and use the Accessible Rich Internet Applications (WAI-ARIA) specification. We evaluate our website and mobile applications using the international version of the standard Voluntary Product Accessibility Template (VPAT).<br>• **Compatibility testing.** We test our website and mobile applications for compatibility with multiple screen readers and accessibility tools, such as NonVisual Desktop Access (NVDA), Job Access with Speech (JAWS®), Voiceover for the Macintosh Operating System (macOS) and iPhone Operating System (iOS), and Talkback for Android.<br>• **Video settings**. Our video player includes several features and settings that enable learners to enhance their learning experience. Keyboard shortcuts on Udemy's marketplace and most Udemy Business products can be used to adjust various video settings. Learn more about how to use our video player settings.<br>• **Search filters.** Our search filters on Udemy's marketplace and most Udemy Business products enable learners to find courses with subtitles and closed captions. Learn more about how to search for courses with subtitles.<br>• **Design system.** Accessibility is a core principle of our internal design system. Our engineers and designers work with accessibility consultants on updates to our design system.<br>• **Instructor recommendations.** We provide our instructors with recommendations on how to create accessible and inclusive courses.<br>• **Ongoing research.** We work with accessibility consultants to audit and provide recommendations to improve the accessibility of our services. |

2

| U.S. Patent No. 10,534,820 B2 [Claim] | Udemy Inc. [Relevant Text / Images] |
|---|---|
| | https://about.udemy.com/accessibility-statement/?locale=en-us  https://www.udemy.com/terms/mnda/ |

3

| U.S. Patent No. 10,534,820 B2 [Claim] | Udemy Inc. [Relevant Text / Images] |
|---|---|
| |  https://www.udemy.com/courses/search/?src=ukw&q=management |
| Claim 1.2 generating and transmitting for display, based at least in part on a list of search results generated by an Internet search engine that queries the World Wide Web and that is not limited by any number of websites, seller-specific information of one or | As described below, the Udemy website provides a search functionality that allows customers to enter search queries. Upon entering a query, the site displays a list of results (e.g., a list of Courses). Each result includes seller entities information (e.g., created by "' KRISHAI Technologies Private Limited") associated with a specific URL. When a user clicks on the URL, the site displays the information associated with that particular selling entities. However, it should be noted that this functionality operates within the Udemy internal platform and is limited to its own supplier's course catalogs, rather than querying the broader World Wide Web. Product Related Information Below: |

| U.S. Patent No. 10,534,820 B2 [Claim] | Udemy Inc. [Relevant Text / Images] |
|---|---|
| more selling entities associated with at least a portion of a Uniform Resource Locator (URL) of a search result in the list of search results; | • **Accessibility guidelines.** We strive to follow the Web Content Accessibility Guidelines (WCAG) 2.1 standard issued by the World Wide Web Consortium (W3C) and use the Accessible Rich Internet Applications (WAI-ARIA) specification. We evaluate our website and mobile applications using the international version of the standard Voluntary Product Accessibility Template (VPAT).<br>• **Compatibility testing.** We test our website and mobile applications for compatibility with multiple screen readers and accessibility tools, such as NonVisual Desktop Access (NVDA), Job Access with Speech (JAWS®), Voiceover for the Macintosh Operating System (macOS) and iPhone Operating System (iOS), and Talkback for Android.<br><br>• **Search filters.** Our search filters on Udemy's marketplace and most Udemy Business products enable learners to find courses with subtitles and closed captions. Learn more about how to search for courses with subtitles.<br><br>https://about.udemy.com/accessibility-statement/?locale=en-us |

5

| U.S. Patent No. 10,534,820 B2 [Claim] | Udemy Inc. [Relevant Text / Images] |
|---|---|
|  |  https://support.udemy.com/hc/en-us/articles/229232287-Finding-Courses-With-Subtitles? |

6

| U.S. Patent No. 10,534,820 B2 [Claim] | Udemy Inc. [Relevant Text / Images] |
|---|---|
| |  |

7

| U.S. Patent No. 10,534,820 B2 [Claim] | Udemy Inc. [Relevant Text / Images] |
|---|---|
| | https://www.udemy.com/courses/search/?q=generative+ai&src=sac&kw=AI  https://www.udemy.com/course/complete-generative-ai-course-with-langchain-and-huggingface/ |

| U.S. Patent No. 10,534,820 B2 [Claim] | Udemy Inc. [Relevant Text / Images] |
|---|---|
| | <br>https://www.udemy.com/course/complete-generative-ai-course-with-langchain-and-huggingface/#instructor-2 |

9

| Claim 1.3 wherein the one or more selling entities are individual persons; | As described below, the site the includes seller entities (e.g., "Created by Krish Naik or Krishai Technologies Private Limited,"). **Product Related Information Below:**  |

10



https://www.udemy.com/courses/search/?q=generative+ai&src=sac&kw=AI

11



https://www.udemy.com/course/complete-generative-ai-course-with-langchain-and-huggingface/

| Claim 1.4 wherein the seller-specific information comprises attributes of the one or more selling entities; | As described below, the seller entity (For e.g. "Created by Krish Naik or Krishai Technologies Private Limited,") includes its related attributes such as list of courses, rating, students, etc.<br><br>**Product Related Information Below:** |
| --- | --- |



https://www.udemy.com/course/complete-generative-ai-course-with-langchain-and-huggingface/

## Instructors

### Krish Naik

Krish Naik



★ 4.5 Instructor Rating

🏅 82,541 Reviews

👥 392,569 Students

▶ 12 Courses

I am the Ex Co-founder and Chief AI Engineer of iNeuron and my experience is pioneering in machine learning, deep learning, and computer vision,Generative AI,an educator, and a mentor, with over 15 years' experience in the industry. These are my Udemy Courses where I explain various topics on machine learning, deep learning, and AI with many real-world problem scenarios. I have delivered over 30+ tech talks on data science, machine learning, and AI at various meet-ups, technical institutions, and community-arranged forums. My main aim is to make everyone familiar of ML and AI.

Show less ⌃

### KRISHAI Technologies Private Limited

KRISHAI Technologies Private Limited



★ 4.5 Instructor Rating

🏅 86,309 Reviews

👥 406,422 Students

▶ 22 Courses

14



https://www.udemy.com/course/complete-generative-ai-course-with-langchain-and-huggingface/#instructor-2

| Claim 1.5 wherein the list of search results is based on one or more query terms that a person supplied to the Internet search engine, and wherein the step of generating and transmitting for display the seller-specific information is performed by a toolbar application executed on a computer from which the person entered the one or more query terms; and | As described below, Udemy operates as website and mobile application platform that allows users to search for various product categories. While the platform includes a search functionality, this feature querying Udemy inventory database and display a list of results corresponding to the search query. Further, based on the search query, the platform transmitting for display the seller- specific information (for e.g. "Created by Krish Naik or Krishai Technologies Private Limited") by a toolbar application (Website or a Mobile app) executed on a computer (or Mobile Device) from which the person entered the one or more query terms.<br><br>**Product Related Information Below:** |
|---|---|



https://support.udemy.com/hc/en-us/articles/229232287-Finding-Courses-With-Subtitles?

16



https://www.udemy.com/courses/search/?q=generative+ai&src=sac&kw=AI

17



https://www.udemy.com/course/complete-generative-ai-course-with-langchain-and-huggingface/

## Instructors

### Krish Naik

Krish Naik



★ 4.5 Instructor Rating

82,541 Reviews

392,569 Students

● 12 Courses

I am the Ex Co-founder and Chief AI Engineer of iNeuron and my experience is pioneering in machine learning, deep learning, and computer vision,Generative AI,an educator, and a mentor, with over 15 years' experience in the industry. These are my Udemy Courses where I explain various topics on machine learning, deep learning, and AI with many real-world problem scenarios. I have delivered over 30+ tech talks on data science, machine learning, and AI at various meet-ups, technical institutions, and community-arranged forums. My main aim is to make everyone familiar of ML and AI.

Show less ^

### KRISHAI Technologies Private Limited

KRISHAI Technologies Private Limited



★ 4.5 Instructor Rating

86,309 Reviews

406,422 Students

● 22 Courses

19



★ **4.5 course rating • 17K ratings**

 **Debashis**
★★★★☆ 7 days ago

yaa .. it is very good to learn but there is an isuue a beginer cannot understand concepts which are you telling its the problems.. im not a beginner so i can understand what about begineers

Helpful? 👍 👎

 **Surendran**
★★★★☆ 1 month ago

Thank you Krish for providing an exhaustive learning loaded with numerous use cases and live projects in this wonderful training session....

Helpful? 👍 👎

https://www.udemy.com/course/complete-generative-ai-course-with-langchain-and-huggingface/#instructor-2

# Udemy Accessibility Statement

## Accessibility Commitment

Our goal is to provide flexible and effective learning and skill development to empower organizations and individuals. We believe that high-quality educational content should be available to everyone, which is why accessibility is a key area of focus for us.

Our teams are constantly working to improve the accessibility of our services. Here are a few examples of how we are building a more accessible Udemy platform:

- **Accessibility guidelines.** We strive to follow the Web Content Accessibility Guidelines (WCAG) 2.1 standard issued by the World Wide Web Consortium (W3C) and use the Accessible Rich Internet Applications (WAI-ARIA) specification. We evaluate our website and mobile applications using the international version of the standard Voluntary Product Accessibility Template (VPAT).
- **Compatibility testing**. We test our website and mobile applications for compatibility with multiple screen readers and accessibility tools, such as NonVisual Desktop Access (NVDA), Job Access with Speech (JAWS®), Voiceover for the Macintosh Operating System (macOS) and iPhone Operating System (iOS), and Talkback for Android.
- **Subtitles and closed captions**. Many of our courses include machine-captioned subtitles available in several languages. Closed captions are also available on some of our courses. Learn more about how to use subtitles on our website and how to use subtitles on our mobile applications.

20

| | https://about.udemy.com/accessibility-statement/?locale=en-us <br><br>  <br><br> https://www.udemy.com/mobile/?srsltid=AfmBOor_DjWhGZe3Uz31ZEgOc-AKACxYF3QxJdd2gmFLFDqw7u62NL35 |
|---|---|
| Claim 1.6 wherein the toolbar application adds the seller-specific information to the search result in the list of search result. | As described below, Udemy platform (Website or Mobile application) automatically update and add the seller specific information (such as course details, reviews or ratings, etc.) for all the search results in the list of search results. <br><br> **Product Related Information Below:** |

21

## Instructor Terms

*Udemy Instructor Terms last updated September 23, 2025.*

When you sign up to become an instructor on the Udemy platform, you agree to abide by these Instructor Terms ("Terms"). These Terms cover details about the aspects of the Udemy platform relevant to instructors and are incorporated by reference into our Terms of Use, the general terms that govern your use of our Services. Any capitalized terms that aren't defined in these Terms are defined as specified in the Terms of Use.

As an instructor, you are contracting directly with Udemy, Inc. (a Delaware corporation in the United States), regardless of whether another Udemy subsidiary facilitates payments to you.

### 1. Instructor Obligations

As an instructor, you are responsible for your behavior and all content that you make available through the Services, including lectures, quizzes, coding exercises, sessions (as detailed in the "Coaching Services" section below), practice tests, assignments, resources, answers, course landing page content, labs, assessments, and announcements ("Submitted Content").

You represent and warrant that:

- you will provide and maintain accurate account information;

- you own or have the necessary licenses, rights, consents, permissions, and authority to authorize Udemy to use your Submitted Content as specified in these Terms and the Terms of Use;

https://www.udemy.com/terms/instructor/





https://www.udemy.com/courses/search/?q=generative+ai&src=sac&kw=AI

23



https://www.udemy.com/course/complete-generative-ai-course-with-langchain-and-huggingface/

24

## Instructors

### Krish Naik

Krish Naik



★ 4.5 Instructor Rating

82,541 Reviews

392,569 Students

▶ 12 Courses

I am the Ex Co-founder and Chief AI Engineer of iNeuron and my experience is pioneering in machine learning, deep learning, and computer vision,Generative AI,an educator, and a mentor, with over 15 years' experience in the industry. These are my Udemy Courses where I explain various topics on machine learning, deep learning, and AI with many real-world problem scenarios. I have delivered over 30+ tech talks on data science, machine learning, and AI at various meet-ups, technical institutions, and community-arranged forums. My main aim is to make everyone familiar of ML and AI.

Show less ^

### KRISHAI Technologies Private Limited

KRISHAI Technologies Private Limited



★ 4.5 Instructor Rating

86,309 Reviews

406,422 Students

▶ 22 Courses



★ 4.5 course rating • 17K ratings

**Debashis**
★ ★ ★ ★ ☆  7 days ago

yaa .. it is very good to learn but there is an isuue a beginer cannot understand concepts which are you telling its the problems.. im not a beginner so i can understand what about begineers

Helpful?

**Surendran**
★ ★ ★ ★ ⯨  1 month ago

Thank you Krish for providing an exhaustive learning loaded with numerous use cases and live projects in this wonderful training session....

Helpful?

https://www.udemy.com/course/complete-generative-ai-course-with-langchain-and-huggingface/#instructor-2

# Udemy Accessibility Statement

## Accessibility Commitment

Our goal is to provide flexible and effective learning and skill development to empower organizations and individuals. We believe that high-quality educational content should be available to everyone, which is why accessibility is a key area of focus for us.

Our teams are constantly working to improve the accessibility of our services. Here are a few examples of how we are building a more accessible Udemy platform:

- **Accessibility guidelines.** We strive to follow the Web Content Accessibility Guidelines (WCAG) 2.1 standard issued by the World Wide Web Consortium (W3C) and use the Accessible Rich Internet Applications (WAI-ARIA) specification. We evaluate our website and mobile applications using the international version of the standard Voluntary Product Accessibility Template (VPAT).
- **Compatibility testing**. We test our website and mobile applications for compatibility with multiple screen readers and accessibility tools, such as NonVisual Desktop Access (NVDA), Job Access with Speech (JAWS®), Voiceover for the Macintosh Operating System (macOS) and iPhone Operating System (iOS), and Talkback for Android.
- **Subtitles and closed captions**. Many of our courses include machine-captioned subtitles available in several languages. Closed captions are also available on some of our courses. Learn more about how to use subtitles on our website and how to use subtitles on our mobile applications.

https://about.udemy.com/accessibility-statement/?locale=en-us



### Learning that fits your life — on iOS and Android

- Build your skill set with video courses in over 3,400 topics
- Customize your experience with learning reminders and dark mode
- Learn anywhere with offline viewing, Chromecast, and AirPlay
- Multitask with picture-in-picture and podcast-style audio



https://www.udemy.com/mobile/?srsltid=AfmBOor_DjWhGZe3Uz31ZEgOc-AKACxYF3QxJdd2gmFLFDqw7u62NL35

27